IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CR-73-WKW |
| | ) | [WO] |
| CLEDDIE F. STONE | ) | |

## ORDER

Defendant has filed a *pro se* motion for compassionate release in which he seeks to modify an imposed term of imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. # 47.)  Defendant was convicted of being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1), and was sentenced to seventy-two months' imprisonment.  (Doc. # 45.)

Upon a thorough review of the record, including his recently filed letters (Docs. # 56–58), the court concludes that Defendant's motion is due to be denied for the reasons set out in the Government's response (Doc. # 51) and based upon a balancing of the 18 U.S.C. § 3553(a) factors.  Accordingly, it is ORDERED that Defendant's motion for compassionate release (Doc. # 47) is DENIED.

DONE this 1st day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE