IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CR-73-WKW |
| | ) | [WO] |
| CLEDDIE F. STONE | ) | |

## **ORDER**

Defendant Cleddie F. Stone has filed a second *pro se* motion for compassionate release in which he seeks early release or a sentence reduction based upon the "new COVID-19 operational levels" implemented at his federal prison. (Doc. # 61 & Ex. 1.)  The motion is due to be denied.

The court "do[es] not dismiss the risk of harm that COVID-19 poses to everyone, including the inmates at [FCI Coleman Low]."  *Swain v. Junior*, 958 F.3d 1081, 1090 (11th Cir. 2020) (alterations added).  However, "the mere existence of COVID-19 in society and the possibility that it may spread to a particular prison . . . cannot independently justify compassionate release, especially considering BOP's statutory role and its extensive and professional efforts to curtail the virus's spread." *United States v. Raia*, 954 F.3d 594, 597 (3d Cir. 2020) (citation omitted).

Mr. Stone's threadbare motion fails to establish any "extraordinary and compelling reason[]" warranting his early release from prison.  *See* 18 U.S.C.

§ 3582(c)(1)(A).    Accordingly, it is ORDERED that Mr. Stone's motion for compassionate release (Doc. # 47) is DENIED.

DONE this 31st day of August, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE
